IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NED G. SOUTHERLAND )
) No. 3-12-0439
v. )
)
CRACKER BARREL OLD COUNTRY )
STORE, INC. )

O R D E R

The plaintiff's motion to reschedule case management conference (Docket Entry No. 5) is GRANTED.

The initial case management conference, scheduled on June 18, 2012, is RESCHEDULED to **Wednesday, July 18, 2012, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The Court assumes that the plaintiff will have summons re-issued as soon as possible for service of process on the defendant.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they

believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Plaintiff's counsel shall serve a copy of this order on the defendant or its counsel and otherwise ensure that the defendant is aware of the rescheduled date for the initial case management conference.

In addition, the Clerk is directed to email a courtesy copy of this order to Robert W. Horton, Esq. at rhorton@bassberry.com.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge