IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NED G. SOUTHERLAND )
) No. 3-12-0439
v. )
)
CRACKER BARREL OLD COUNTRY )
STORE, INC. )

O R D E R

The parties' joint motion to continue discovery deadline (Docket Entry No. 17) is GRANTED.

The January 2, 2013, deadline for completion of all discovery is extended to February 4, 2013. That means that all written discovery shall be served in sufficient time so that responses will be served by February 4, 2013.

In addition, the January 2, 2013, deadline for the parties to file a joint mediation report is extended to February 4, 2013. In the joint mediation report, the parties shall report on the status of settlement discussions, the potential for settlement, and propriety of ADR.

In addition, the January 4, 2013, deadline for the parties to file any discovery motions is extended to February 6, 2013. Alternatively, counsel for the parties shall, by February 6, 2013, schedule a telephone conference call with the Court to address any discovery disputes or issues.

In all other respects, the deadlines provided in the orders entered July 23, 2012 (Docket Entry Nos. 10-11) remain in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge