IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NED G. SOUTHERLAND )
) No. 3-12-0439
v. )
)
CRACKER BARREL OLD COUNTRY )
STORE, INC. )

O R D E R

On February 28, 2013, the defendant filed a motion for summary judgment (Docket Entry No. 23).

In accord with the orders entered July 23, 2013 (Docket Entry No. 10-11), the plaintiff shall have until March 21, 2013, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by April 4, 2013, if the response is filed on March 21, 2013.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made after April 4, 2013, except with the express permission of the Honorable Kevin H. Sharp.

The memorandum in opposition to the defendant's pending motion for summary judgment shall not exceed 20 pages and any reply shall not exceed five (5) pages.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 23-27), the plaintiff's response to be filed by March 21, 2013, and the defendant's reply, if necessary, to be filed no later than April 4, 2013.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge