IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NED G. SOUTHERLAND )
) No. 3-12-0439
v. )
)
CRACKER BARREL OLD COUNTRY )
STORE, INC. )

O R D E R

On March 22, 2013, the parties filed a joint stipulation of dismissal (Docket Entry No. 29).

As a result, the defendant's motion for summary judgment (Docket Entry No. 23) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this action is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.[1]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By orders entered July 23, 2012 (Docket Entry Nos. 10-11), the pretrial conference and trial were scheduled on July 29, 2013, and August 20, 2013, respectively.